Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frances E. Walker
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAURO OMAR JUAREZ,

    Defendant.

Case No.: 1:22-CR-2081-SAB-2

Motion To Seal Indictment

    Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Frances E. Walker, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Indictment until further order of the Court or until Defendants' arrest, whichever comes first.

    Dated:  August 9, 2022

Vanessa R. Waldref
United States Attorney

*s/Frances E. Walker*
Frances E. Walker
Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 1