FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 9 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAURO OMAR JUAREZ,

    Defendant.

Case No.: 1:22-CR-2081-SAB-2

Order To Seal Indictment

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendants' arrest, whichever comes first.

DATED this ___9th___ day of August, 2022.

Alexander C. Ekstrom
United States Magistrate Judge