Case 1:22-cr-02081-SAB    ECF No. 67    filed 01/10/23    PageID.180    Page 1 of 1

FILED IN THE
US DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Lauro Omar Juarez  **CASE NO.** 1:22-CR-2081-SAB-2

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) | Distribution of 40 Grams or More of a Mixture or Substance Containing Fentanyl | CAG not more than 40 or less than 5 years; and/or $5,000,000 fine; not less than 4 years nor more than lifetime supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| 3 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of a Mixture or Substance Containing Fentanyl | CAG not more than 20 years, $1,000,000 fine, at least 3 years supervised release, a $100 special penalty assessment, and denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |