FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-2081-SAB-2 |
| Plaintiff, | Order To Seal Indictment |
| v. | |
| LAURO OMAR JUAREZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendants' arrest, whichever comes first.

DATED this _10th_ day of January, 2023.



Alexander C. Ekstrom
United States Magistrate Judge