1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Frances E. Walker
4  Assistant United States Attorney
   402 E. Yakima Ave., Ste. 210
5  Yakima, WA 98901
6  Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-2081-SAB |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) Distribution of 40 Grams or More of a Mixture or Substance Containing Fentanyl (Counts 1 and 2) |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇ and LAURO OMAR JUAREZ, Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of a Mixture or Substance Containing Fentanyl (Count 3) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) Possession with Intent to Distribute 40 Grams or More of a Mixture or Substance Containing Fentanyl (Count 4) |
| | 21 U.S.C. § 853 Forfeiture Allegations |

SUPERSEDING INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about May 6, 2022, in the Eastern District of Washington, the Defendant, ███████████████████, did knowingly distribute 40 grams or more of a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 2

On or about May 25, 2022, in the Eastern District of Washington, the Defendants, ███████████████████ and LAURO OMAR JUAREZ, did knowingly distribute 40 grams or more of a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 3

On or about July 7, 2022, in the Eastern District of Washington, the Defendants, ███████████████████ and LAURO OMAR JUAREZ, did knowingly distribute a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

SUPERSEDING INDICTMENT – 2

COUNT 4

On or about August 24, 2022, in the Eastern District of Washington, the Defendant, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, did knowingly possess with intent to distribute 40 grams or more of a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Superseding Indictment, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and LAURO OMAR JUAREZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

COUNT 4:

− $92,613 in U.S. Currency;

− Glock brand 9mm pistol (Tan), Model: 19X, Serial Number: BWZU875;

SUPERSEDING INDICTMENT – 3

- TNW Inc. brand multi-caliber rifle, Model: ASR, Serial Number: M5067;

- Glock Inc. brand 9mm pistol, Model: Glock 26 Gen5, Serial Number: AGBP868;

- Radical Firearms, LLC brand 5.56 caliber rifle, Model: RF-15, Serial Number: RD06215;

- Smith and Wesson brand 5.56 caliber rifle, Model: M&P-15, Serial Number: TV58417;

- Glock GMBH brand 9mm pistol (gold/black), Model: 19, Serial Number: BRBS190;

- Romarm/Cugir brand 7.62 caliber pistol, Model: Draco, Serial Number: DF-5580-20;

- Palmetto State Armory brand multicaliber rifle, Model: PA-15, Serial Number: PIO38125;

- Taurus International brand .22 caliber pistol, Model: PT-22, Serial Number: Y111431;

- Bond Arms brand .45 caliber pistol, Model: Snake Slayer, Serial Number: 55680; and a,

- Rogue Rifle Company brand .22 caliber rifle, Model: Chipmunk, Serial Number: 4459

If any forfeitable property, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

SUPERSEDING INDICTMENT – 4

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

  DATED this ___ day of January, 2023.

            A TRUE BILL

            _____
            Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Frances E. Walker
Assistant United States Attorney

SUPERSEDING INDICTMENT – 5